(Post 11/2015)

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2021 OCT 22 A 10: 26

TAMMY H. DOWNS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 22 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Xavier Black
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 2:21cv139-JM
(case number to be supplied by the assignment clerk)

Hino Motors

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Xavier Black__, is a
   (name of plaintiff)
citizen of the United States and resides at __803 Jackson Square__,
                                              (street address)
__Marion__, __Crittenden__, __AR.__, __72364__,
  (city)      (county)      (state)   (ZIP)
__901-359-9425__
(telephone)

3. Defendant, __Hino Motors__, lives at, or its
              (name of defendant)
business is located at __100 Hino Boulevard__   __Marion__,
                        (street address)         (city)
__Crittenden__, __AR.__, __72364__.
  (county)      (state)   (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at  **100 Hino Boulevard**, **Marion**,
     (street address)                            (city)
**Crittenden**, **AR**, **72364**.
  (county)     (state)     (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about **9**  **25**  **2020**.
                            (month)  (day)  (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about **12**  **4**  **2020**.
                                                  (month)  (day)  (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on **7**  **27**  **2021**, a copy of which notice
                                  (month) (day) (year)
is attached to this complaint.

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, defendant:

   (a) _____ failed to employ plaintiff.

   (b) **✓** terminated plaintiff's employment.

   (c) _____ failed to promote plaintiff.

   (d) _____

   _____

   _____

   _____

   _____

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: I was, bullied, not treated Fairly when protocol was broken, and I had to drive myself to the hospital with a work related injury, also after reporting my fear and disapprovement of a very disturbing Racial post that my supervisor posted (Randel Dewitt) no actions were taken, which led to a unFair termination, in which Hino Motors tried to hire me back if I would sign away my rights against them. (I do have the letter that they tried to get me to sign.

10. The acts set forth in paragraph 9 of this complaint:

   (a) _____ are still being committed by defendant.

   (b) ___✓___ are no longer being committed by defendant.

   (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) _____ Defendant be directed to employ plaintiff, and

   (b) _____ Defendant be directed to re-employ plaintiff, and

   (c) _____ Defendant be directed to promote plaintiff, and

   (d) _____ Defendant be directed to  pay plaintiff, for lost wages, pain and suffering,

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

EEOC Form 161 (11/2020)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Xavier Black<br>803 Jackson Square<br>Marion, AR 72364 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-00611 | Margie Myers, Investigator | (501) 324-6214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                           07/27/2021

William A. Cash, Jr.,                                   *(Date Issued)*
Area Office Director

Enclosures(s)

cc: 
Matthew Kulick
General Counsel
HINO MOTORS
MANUFACTURING USA, INC.
45501 W 12 MILE RD
Novi, MI 48377

Frank L. Day, Jr.
Ford Harrison, LLP
1715 AARON BRENNER DR
STE 200
Memphis, TN 38120

Eric Sheffer, Esq.
WIGGINS CHILDS PANTAZIS FISHER
GOLDFARB ADVOCATES & LITIGATO
The Kress Building
301 19th Street North
Birmingham, AL 35203

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>[ ] FEPA<br>[X] EEOC | CHARGE NUMBER |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.)<br>Xavier Black | HOME TELEPHONE (Include Area Code)<br>(901) 359-9475 | |
|---|---|---|
| STREET ADDRESS<br>803 Jackson Square | CITY, STATE AND ZIP CODE<br>Marion, Arizona 72364 | DATE OF BIRTH<br>04/03/1975 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Hino Motors Manufacturing USA, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE (Include Area Code)<br>(870) 702-3000 |
|---|---|---|
| STREET ADDRESS<br>100 Hino Boulevard | CITY, STATE AND ZIP CODE<br>Marion, Arkansas 72364 | COUNTY<br>Crittenden |
| NAME | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)     LATEST (ALL)

October 3, 2020

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a black African American formerly employed by the Respondent. I always performed my job well. The Respondent terminated my employment on or around October 4, 2020 due to my race and/or color, and my complaints about unlawful discrimination.

Mr. Randell Dewitt ("Dewitt"), my supervisor, allowed and often welcomed racially insensitive remarks to become pervasive in the Respondent's facility. In September, I saw a racially hostile social media post by Dewitt. I immediately reported the post to Judy McGinister, a human resources representative. Judy McGinister told me an attorney would be investigating Dewitt's post. Dewitt was never suspended or seriously disciplined. The Respondent chose to have me continue working under Dewitt.

**Continued...**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |
| Date            Charging Party (Signature) | |

**Xavier Black Charge of Discrimination Page 2 of 2**
EEOC FORM 5 (10/94

Several drivers, including but not limited to Roosevelt, who were previously removed from the "do not rehire" list, took issue with me for reporting Dewitt's post. The Respondent suspended me on or around September 25, 2020 because of the drivers' decision to confront me about my report. The Respondent told me they would call me to give a return date. The Respondent made me wait for 10 days without hearing anything. On or around October 3, 2020, I texted Andrea to ask if I could provide a statement to the attorney investigating Dewitt's post. Later that day, Andrea told me the Respondent terminated my employment.

I learned the individuals as those taking offense to Dewitt's post were not interviewed by the Respondent. Dewitt personally chose those who the Respondent questioned as part of its investigation. Dewitt also withheld wages for my hours previously worked. Dewitt did so in retaliation for my complaint. Andrea refused to take action to secure my outstanding wages even though I provided her with evidence of Dewitt's retaliatory actions.

I witnessed and experienced other instances of racism and retaliatory behavior throughout my employment with the Respondent. For example, John Hardy, a Team Leader, told me my work was unsatisfactory because I held up lines for two hours. This is verifiably false. Dewitt failed to exercise certain safety precautions with me, but always provided them to white Caucasian employees. I was once injured and forced to drive myself to the hospital. In contrast, the Respondent gives non-black employees rides to the hospital if they are ever injured.

I believe I have been discriminated against because of my color and/or race, black and African American, in violation of Title VII of the Civil Rights Act of 1964, as amended. Further, I believe my termination and withheld wages were retaliation for my complaints about unlawful race and color discrimination.

_____
**Xavier Black**

_____
**Date**






Retail

US POSTAGE PAID
$8.70
Origin: 72364
10/20/21
0455800797-18

PRIORITY MAIL 2-DAY®

0 Lb 2.50 Oz
1006

EXPECTED DELIVERY DAY: 10/23/21

C041

SHIP TO:
600 W CAPITOL AVE
STE A149
Little Rock AR 72201-3399

USPS TRACKING® #

9505 5104 6573 1293 3883 76

PS00001000014

PRIORITY MAIL

FROM: Xavier Black
803 Jackson Square
Marion, Arkansas
72364

TO:
Clerk US District Court
600 West Capital Avenue
Room A149
Little Rock, Arkansas
72201

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE