IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**XAVIER BLACK**                                                                                         **PLAINTIFF**

V.                                              **2:21CV00139 JM**

**HINO MOTORS**                                                                                         **DEFENDANT**

**ORDER**

Xavier Black paid the filing fee and initiated this *pro se* on October 22, 2021. (Doc. 1). Black perfected service, and a scheduling order issued. (Doc. 6). On November 10, 2022, Defendant moved to dismiss the complaint explaining that, since being served, it had been unable to communicate in any way with Black. (Doc. 11). Defendant explained that Black had not responded to discovery requests, failed to appear for a deposition, and had not responded to any type of communication. (*Id*.). Defendant asked this Court to dismiss under Fed. R. Civ. P. 41(b) because Black has failed to prosecute his claims. (*Id*.).

By Order issued November 14, 2022, the Court directed Black to respond to the motion to dismiss by Tuesday, November 29, 2022, and indicate whether he intended to proceed with the lawsuit. Black has not responded and the time to do so has passed. Accordingly, Defendant's motion (Doc. 11) is GRANTED in part.  FED. R. CIV. P. 41(b); LOCAL RULE 5.5(c)(2). Black's complaint is dismissed with prejudice.  Defendant's request for sanctions is DENIED. An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE