IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**XAVIER BLACK**                                                                                       **PLAINTIFF**

V.                                              **2:21CV00139 JM**

**HINO MOTORS**                                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 2nd day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE